# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**
September 28, 2012

Lyle W. Cayce
Clerk

No. 12-30162
Summary Calendar

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

BRANDON SMITH, also known as Taburk,

Defendant-Appellant

Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 2:00-CR-319-3

Before WIENER, ELROD, and GRAVES, Circuit Judges.

PER CURIAM:[*]

Brandon Smith, federal prisoner # 27265-034, appeals the denial of a motion for a sentence reduction under 18 U.S.C. § 3582(c)(2). Smith argues that the denial of the motion has resulted in an above-guidelines sentence, even though he was initially sentenced within the Sentencing Guidelines. We review the district court's decision for abuse of discretion. *United States v. Evans*, 587 F.3d 667, 672 (5th Cir. 2009).

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 12-30162

In this case, the district court determined that Smith was eligible for a reduction in sentence based on Amendment 750 of the Sentencing Guidelines; however, the court concluded that a reduction was not appropriate due to Smith's misconduct while incarcerated. *See Dillon v. United States*, 130 S. Ct. 2683, 2691 (2010). The district court properly considered Smith's post-sentencing conduct in determining whether to grant relief under § 3582(c)(2). U.S.S.G. § 1B1.10, comment. (n.1(B)(iii)); *United States v. Larry*, 632 F.3d 933, 936 (5th Cir. 2011). Moreover, the court had no obligation to grant such relief. *See Evans*, 587 F.3d at 673-74.

AFFIRMED.